**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6541**

---

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

    versus

ROBERT J. MERRITT,

                    Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-
95-167-S, CA-97-3672-S, CA-98-321-S)

---

Submitted: October 8, 1998        Decided: October 26, 1998

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert J. Merritt, Appellant Pro Se. Kathleen O'Connell Gavin,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Merritt, Nos. CR-95-167-S; CA-97-3672-S; CA-98-321-S (D. Md. Nov. 4, 1997; Feb. 3, 1998). To the extent Appellant seeks to raise issues on appeal which were not properly presented to the district court for determination, we decline to consider those issues. We deny Appellant's motion for expedited treatment and for oral argument. The facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED